| | |
|---|---|
| Michael Marom | RECEIVED<br>TOWN COURT OF GREENBURGH<br>2018 JUN 20 AM 9: 19<br>FILED<br>JUN 2 2 2018<br>PETER A. MOORE, JR., CLERK<br>US DISTRICT COURT, EDNC<br>BY _____ DEP CLK |
| Name | |
| 5448 Apex Peakway #206 | |
| Address | |
| Apex, NC, 27502 | |
| City, State, Zip | |
| 516.608.8464 | |
| Phone | |
| Michael_marom@yahoo.com | |
| Email | |

I am the [x] Defendant
[ ] Attorney for the Defendant

5:18-MJ-01563-JG

In the North Carolina District Court • Eastren District of North Carolina

| | |
|---|---|
| THE STATE OF NEW YORK COUNTY OF WESTCHESTER | **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1443(1)-FEDERAL QUESTION & 28 U.S. Code § 1455(a)** |
| THE PEOPLE OF NEW YORK<br>Plaintiff | Case Number: 14-100246 |
| v. | HON. DELORES BRATHWAITE |
| MICHAEL MAROM.<br>Defendant. | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that defendant Michael Marom hereby removes to this Court the state court action described below. Pursuant to Rule 11 of the Federal Rules, I say as follows:

(1) On Oct 1, 2014 an action was commenced in the Greenburgh Town of the State of New York in and for the County of Westchester entitled The People of New York, vs. Michael Marom, as case number 14-100246 attached hereto as Exhibit "A" and incorporated herein by reference.

(2) I want to exercise my right to a jury trial in this case.

(3) I file this notice pursuant to ((28 U.S. Code § 1455(a)). The alleged charge is violating order of protection against a neighbor.

(4) This court has jurisdiction of this case because:
   [a] I was denied or cannot enforce in the court of such State a right under any law providing for the equal civil rights of citizens of the United States 28 U.S.C. § 1443(1)
   [b] Under diversity jurisdiction.
   [c] Ex-Parte communications between the Town's actors and the court that will not allow partial Trial.
   [d] The Town's Court is driven by racial bias against caucus ion defendant.
   [e] Defendant's constitutional rights under the Fifth & Fourteen Amendments were violated.
   [f] It can be clearly predicted by reason of the operation of a pervasive and explicit state or federal law that those rights will inevitably be denied by the very act of bringing the defendant to trial in the state court.

(5) The complaint was filed on Oct 1, 2014 (3 years, 8 months ago).
   a. No procedures have occurred by the ADA or the court until May 23, 2018, where the court set first appearance day to June 29, 2018.
   b. My constitutional and state rights for speed trial were violated.
   c. My right for a statutory speedy trial was not waved.
   d. Meantime, I retired and moved to Apex, NC and my counsel also retired and moved to Florida.
   e. The new appointed counsel does not have any records for this case.
   f. the records from the lower court arevsubmitted accordingly to fulfill the statue.

(6) I notified the Greenburgh, NY justice court that this case is being removed to this court.

(7) The undersigned defendant is the only named defendant in the state court action referenced above in paragraph 1 of this notice.

(7) The undersigned defendant is the only named defendant in the state court action referenced above in paragraph 1 of this notice.

I have not included any non-public information in this document.

I declare under penalty of perjury that everything stated in this document is true.

| June 17, 2018 | Sign here ▶ | /s/ |
|---|---|---|
| Date | | |

Defendant    Michael Marom