IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-MJ-01563

| | | |
|---|---|---|
| STATE OF NEW YORK | ) | |
| COUNTY OF WESTCHESTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MICHAEL MAROM, | ) | |
| | ) | |
| Defendant. | ) | |

On July 16, 2018, this court dismissed Michael Marom's ("Marom" or "defendant") action without prejudice. See [D.E. 5]. On July 18, 2018 Marom filed a motion asking the court to transfer his case to the Southern District of New York [D.E. 6]. Marom is free to file his case in the Southern District of New York. Marom's motion to transfer his case to the Southern District of New York [D.E. 6] is DENIED. The case remains closed.

SO ORDERED. This _21_ day of August 2018.

JAMES C. DEVER III
Chief United States District Judge